67,500-11

IN THE COURT OF CRIMINAL APPEALS OF TEXAS

EX PARTE                                    §        CCA CAUSE NO WR-67,500-11
EDDIE ALAN NUNNELLEY
                                           §          Tr.Ct. #49592-A

## OBJECTION TO THE DENIAL WITHOUT WRITTEN ORDER BY THE COURT OF CRIMINAL APPEALS

COMES NOW, EDDIE ALAN NUNNELLEY, Applicant, who files this Objection to the Denial Without Written Order by the Court of Criminal Appeals, and shows:

Applicant renews his OBJECTIONS asserted in his OBJECTIONS TO THE [trial] COURTS FINDINGS OF FACT AND CONCLUSIONS OF LAW, because the CCA relied on the trial courts erroneous findings and conclusions for its Denial. Applicant asserts all the points stipulated in his original OBJECTION, which was previously mailed to the Clerk of the Court of Criminal Appeals on April 7, 2015.

Due to the complicated points of this case and the novel claims, Applicant Objects to the Appellate Court's Denial without a hearing and an opportunity to query the state about the NAME of the jurisdictional power exercised in this case by the 59th District Court, as asserted in the claims.

Applicant Objects to the Appellate Court's failure to determine the law regarding the novel claims (i.e.: What is the NAME of the trial court jurisdiction ?).

Applicant prays the court will re-consider the matter in the interest of justice.

Respectfully,

April 22, 2015

EDDIE ALAN NUNNELLEY
#1186691
Clements Unit
9601 Spur 591
Amarillo, TX 79107

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 28 2015
Abel Acosta, Clerk